

*FILED*
*U.S. DISTRICT COURT*
*DISTRICT OF COLORADO*

*2022 SEP -7 PM 2:50*

*JEFFREY P. COLWELL*
*CLERK*

*Caption: Civil Action No 1:22-cv-02058*
*Case: Clara Virginia Davis vs. Revelations in Christ Ministries*

United States District Court
Colorado
RE: Clara Davis
Date: 9/7/22

To Whom it May Concern,

I am attaching the last two progress letters to our customers.  These letters explain the reasons
and the delays in our business.  I hope these explanations are adequate.  Our goal is to make
sure every customer, past and present are taken care of the best we can in the fastest possible
time we can.

Thank you,

Matthew Sowash
President/CEO





**HOLY GROUND**
TINY HOMES

# General Build Progress Letter

I understand that many of you that purchased a home from us in 2021 are frustrated by the length of time it is taking to get your homes built or refunds processed.  I apologize for my part in that delay.  What I want to address in this letter are the options in front of me to continue building Tiny Homes and how they would potentially affect every individual that purchased a home and has not received it yet.

Option #1

This is what the seasoned and wise businessman would do.  File for bankruptcy on every house purchased from January to October in 2021.  Any house that has not yet been built from that time frame would be built at an $8,000.00 to $9,000.00 loss which is why a smart businessman would file for Bankruptcy on those homes.  No business wants to operate at a loss on any project.  No business can survive operating at a loss. If we bankrupt those homes and focus on building spec homes that can be sold immediately off the lot, then there would be no more financial issues with older sales versus newer sales. This option makes the most sense to a smart businessman.

The question is why are those homes being built at a loss?  The answer is simple.  Prices jumped 600% on materials in May of 2021.  A 2x4 went from $2.45 to $9.00.  A sheet of OSB went from $15.00 to $70.00 per sheet.  Prices came down some in the past year, but not even close to where they were a year ago at this time.  This did two things; It slowed our production down because of the cost and it drained all our cash reserves because we chose not to shut down but to keep building houses, even at a loss.

We still produced over 75 homes in 2021.  About 80% of those were at a loss yet we were still able to increase our production capacity and grow the business even though the odds were against us.  As we entered 2022, our prices were completely adjusted to reflect the increase in material cost, and we could generate a profit on every home.

Option #2

Focus only on the oldest homes and get them built and out of the way so we can get our build calendar up to date.

The only problem with this option is that we would be out of business in approximately two to four weeks because we could not generate any new sales.  If that happens, then everyone loses their investment, and no one is happy.

Option #3

Focus on getting the business stable by implementing the spec home sale program at our North Shop.  That means get twelve homes built and ready for sale and reserve six of the sixteen build slots to replace the homes sold each week.  While doing this, continue to build the older orders and delivering them along with the orders received in the past four months and getting them delivered with the remaining ten building slots.  Although this delays the building process of older homes even more, it ensures that everyone will be taken care of eventually.  This isn't ideal for most of our older customers, but it is the best solution for everyone involved.

In terms of business, Option #1 is the best move.  In terms of caring about everyone involved, Option #3 is the best alternative.  Option #2 makes no sense for anyone.  That's why we will be moving ahead from this point forward with Option #3.

Here's my voice of reason to everyone involved.  If the people that have older orders or refunds coming don't think this path is fair or they don't agree with it and begin bashing us on social media, giving bad reviews on Google or the BBB or threatening legal action, then I will be forced into Option #1.  That's not a threat it's simply a reality.  We can't continue to take orders and stay in business if we are constantly getting bashed by bad reviews and threats.  It simply won't work.  I encourage everyone to work with us and not against us so we can eventually resolve this problem for everyone.  If we are forced into Option #1 then it's most likely that all the older orders not yet built will not see anywhere near their investment if any at all in the next three to four years.

Why do we have a problem in the first place?  Simply stated, the price hike in materials of 2021 due to Covid 19.  The lack of supplies in 2022 due to Covid 19.  My personal desire to try and do the right thing by continuing to build houses at a loss instead of passing that cost on to each customer from 2021 that hasn't been built.  As I stated in the beginning, I take responsibility for my part of this problem.  But I hope you can see why I did what I did.  I honestly felt the prices

would eventually come down as quickly as they went up.  But they did not.  I continued to build at a loss getting us to our current problem with older orders.  There's nothing I could have done about the price hike.

The reality of it is, that what happens from this point on will be up to you.  I will continue to build older home projects, but they will take even longer at this point.  I will continue to take orders for current projects building them in a reasonable time frame and I will begin building our Spec Home program to bring stability to our business model.

My hope is you understand my choices.  I will do my best to keep all of you informed through Emilly our customer service person.  I cannot physically communicate with everyone because my focus is making sure the builds get done along with keeping sales going.  My goal is to have all of 2021 builds completed before the end of this year.  I can't make any exceptions for anyone at this time.  In terms of refunds, we must build your home.  I guarantee you that if you take delivery and then sell the home, you will generate a minimum of a $15,000.00 profit on your home from what you paid for it if not more.

My biggest mistake in all of this in terms of business was caring too much about the people that gave us money to build their Tiny Home.  I tried daily to get houses built quickly, expand our business to do so and to make sure everyone was informed.  I hired people, expanded production facilities and generally increased everything I could to try and keep up.  Sounds funny that generally caring about people was my biggest mistake.  But if I would have simply filed for bankruptcy before the end of 2021, then all of this would have been avoided and we would be better off as a business.   The only problem is that you the customer would not.  Not many people can understand what we have gone through and the sacrifices we have made in the process.  Customers feel they have been ignored when the exact opposite has been taking place.  We did what we did and continue to do what we do because we care.  No one could have foretold the impact Covid 19 would have had on this situation.  But we have done our best to keep things alive and your investments secure.  You may not agree with that, but this is the reality.  Just about everyone in this company and this ministry cares about keeping the customers whole and working hard to make that happen.  I hope you see that.


Sincerely,                                                             For Questions Contact
                                                                        Emilly
                                                                        emilly@holygroundrealestate.com


Matthew R. Sowash
President/CEO



8/31/22
RE: Business Progress
Holy Ground Tiny Homes


To all our Current and Past Customers,

The past several months have been very exhausting in terms of the struggles associated with making sure everyone either gets the home they ordered or process a refund for others.  I have stated in previous correspondences that we are committed to not giving up on any front in regards to our business.  Although many options are available to us to preserve this business, the option we choose is to press on and make sure everyone gets taken care of one way or another.

By committing to this, timeframes are extended beyond many customer's needs or desires.  I have apologized for that in the past and continue to apologize.  Our company lost over $1mm last year due to building houses at a loss from the construction materials price increase that started in June of 2021.  The comments I hear are, "That was over a year ago!", or, "You are not building homes at all, you are just scamming people".  Just recently an article came out in the paper talking about our business and had a very negative skew towards who we are and what we are doing.  The truth about who we are is that over the past 20 months, we have delivered over 250 homes.  Over 100 of those homes were at a loss of anywhere from $8,000.00 to $10,000.00 per house.  But we have also built the remaining houses at a profit so we could build those houses.  We still have older orders to build and we will get to those or provide refunds to those who don't want their home.  That's who we are.  Not some exaggerated article that's sole purpose was to make us look bad.  They accomplished their task.  But even as the world comes against us, we still are striving to move forward.  But, the article that came out certainly hurt and will slow us down even further.

We have a model for business that is successful and we will continue to try and stick to this model because it is working.  I believe I have explained this to you in the past but will do it again if for some reason it was not clear in prior communications.  We currently have 17 production positions available on our line.  We have broken down those positions to accommodate various customer categories so that all customers can be taken care of on our production line.  Here's how it breaks down;

Positions 1-4        Orders taken prior to October 1st, 2021
Positions 5-8        Orders taken between October 1st, 2021 and April 30, 2022
Positions 9-17       Spec Orders & Refunds

It has taken us some time to come up with this formula, but it has been working since we implemented it. Positions 1-8 are easy to understand.  But many customers have questions on our Spec order positions.  I want to try and explain that in further detail.  With the amount of loss we have suffered over the past year, we need to have constant cash flow to keep the business operating.  We have experimented with the amount of Spec positions are needed to provide the needed cash flow.  We started this idea back in October of 2021 with only 4 Spec positions and the rest for older orders.  That was still too much of a strain on the business.  We increased that a couple more times over the months to come and have settled on our current structure as adequate to survive and grow.  I say grow because we need to grow to continually decrease wait times for you. Without growth, it will take almost 3 years to get fully caught up. That's not an acceptable timeframe for me which is why I strive everyday to figure out how to grow within our means.  We have also been asked if older orders can be fulfilled with our Spec Homes that are advertised as "Available Now" when completed.  We can't do that.  The whole purpose behind the Spec positions is to keep cash flow coming into the business. If we take those homes built for Spec and give them to older orders, then that would defeat the purpose and need for these homes.  I know that may be difficult for some of you to understand, but we have to keep cash flow coming into the business through these homes.  It's a business model needed to keep everything functioning weekly.  Our business has a weekly operating cost of over $150k per week.  That's what it takes to build 17 homes at a time every week.  I hope this helps explain Spec Homes and the "Available Now" advertising on our website.

We have a pending project coming up for a Tiny Village.  I have been working on this for a couple of months now.  This Tiny Village will bring an influx of investment capital into the business of over $1.5mm.  This would increase our production capabilities from 17 positions to 40 positions in a very short period of time.  With that type of production increase, we can drastically reduce wait times for you.  Unfortunately, the article that recently came out about us dramatizing us as a company that doesn't care about our older customers has really put a hurt on this project becoming reality.  I have attached a link to the article so you can read it for yourself and see how damaging something like this is.  That's why I have always stressed to not bring negativity towards what we are trying to do because it will only hurt us not help us. Working with us not against us is the only way we can get through this situation together in a quicker fashion than our current position.  No matter what the world brings against us, I will never give up.

In reference to this article, I was able to talk with this reporter for almost 45 minutes on the phone.  Most of what I said he did not publish.  He also took some of what I did say and twist it so it was used against us in the article.  I invited this reporter down to our facility several times during the interview and he refused.  I believe that if he did come down and see all the people working hard on the behalf of everyone involved with our business that he would have a harder time writing a negative piece.  But that's just the cards we are dealt in this situation.  The article also tries to use my past of over 15 years ago to paint a negative picture to help his cause.  This article may slow us down but I will not let it destroy us.

I felt everyone deserved an update on who we are and what we are doing.  Emilly and Gloria are working tirelessly everyday to try and keep people updated.  I pray this communication helps to bring Hope to your situation.  I also ask for those of you who "Believe", please pray for us.  It's our best weapon against the enemy.  For those of you who don't "Believe", know that we are working hard for you and will not quit on your behalf.  Thank you and I pray blessing over all of you!


Matthew R. Sowash